**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | | |
|---|---|---|
| THANE PARTON, | ) | |
| | ) | Case No. 0:08-cv-2573 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVOL, INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# NOTICE OF APPEARANCE

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Michael K. Johnson and Lucia J. W. McLaren of Goldenberg & Johnson, PLLC, and Michael Schmidt of the Schmidt Firm, LLP, shall appear as counsel of record for Plaintiff Thane Parton. Counsel respectfully requests that all orders, pleadings, and correspondence be served on the attorneys at the addresses below.

Dated: July 8, 2008

GOLDENBERG & JOHNSON, PLLC

By s/Michael K. Johnson

Michael K. Johnson (#258696)
Lucia J. W. McLaren (#0388088)
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
(612) 333-4662
(612) 339-8168 FAX
mkjohnson@goldenberglaw.com
ljmclaren@goldenberglaw.com

AND

Michael Schmidt (TX ID# 00785361)
THE SCHMIDT FIRM LLP
2911 Turtle Creek Blvd.
Suite 1400
Dallas, Texas 75219
(214) 521-4898
(214) 521-9995 FAX
Schmidt@schmidtlaw.com

Attorneys for Plaintiff