**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| THANE PARTON, | ) | Case No. 0:08-cv-2573 |
| Plaintiff, | ) | |
| v. | ) | |
| DAVOL, INC. and C.R. BARD, INC., | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

Thane Parton, Plaintiff, by and through his undersigned attorneys, states and alleges as follows:

I hereby certify that on July 8, 2008 I caused the following document:

1. **NOTICE OF APPEARANCE; and,**
2. **CERTIFICATE OF SERVICE.**

to be filed electronically with the Clerk of Court through ECF and that ECF will send an electronic notice of the filing to the following attorneys:

- **Michael K Johnson**
  mkjohnson@goldenberglaw.com,ljmclaren@goldenberglaw.com
- **Lucia J W McLaren**
  ljmclaren@goldenberglaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Michael Schmidt
The Schmidt Firm, LLP
2911 Turtle Creek Boulevard
Suite 1400
Dallas, TX 75219

Dated: July 8, 2008

GOLDENBERG & JOHNSON, PLLC

By s/Michael K. Johnson
Michael K. Johnson (#258696)
Lucia J. W. McLaren (#0388088)
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
(612) 333-4662
(612) 339-8168 FAX
mkjohnson@goldenberglaw.com
ljmclaren@goldenberglaw.com

AND

Michael Schmidt (TX ID# 00785361)
THE SCHMIDT FIRM LLP
2911 Turtle Creek Blvd.
Suite 1400
Dallas, Texas 75219
(214) 521-4898
(214) 521-9995 FAX
Schmidt@schmidtlaw.com

Attorneys for Plaintiff