AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For This District of Minnesota

THANE PARTON,

Plaintiff,

V.

DAVOL, INC., and C.R. BARD, INC.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV2573 JMR/AJB

TO: (Name and address of Defendant)

Davol, Inc.
100 Crossings Boulevard
Warwick, RI 02886

C.R. Bard, Inc.
730 Central Avenue
Murray Hill, NJ 07974

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Michael K. Johnson
Lucia J. W. McLaren
Goldenberg & Johnson, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402

Michael Schmidt
The Schmidt Firm
2911 Turtle Creek Boulevard
Suite 1400
Dallas, TX 75219

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD D. SLETTEN
CLERK

JUN 1 9 2008
DATE

Slinner
(By) DEPUTY CLERK