METRO LEGAL SERVICES
Legal Support Specialists Since 1969

Metro Legal Serial # GOLJO 35780 5004

Re: 11374

**STATE OF RHODE ISLAND**

**COUNTY OF ~~NEWPORT~~** KENT

**AFFIDAVIT OF SERVICE**

PAUL G HUGHES, being duly sworn, on oath says that on
(Name of Server)

6/23/2008 at 1:21 PM
(Date of Service) (Time of Service)

s(he) served the attached: Summons & Complaint

upon: Davol, Inc. [signature] Virginia Garcia, Sr. Reg. Affairs Assoc.

therein named, personally at: 100 Crossings Boulevard
Warwick, RI 02886

by handling to and leaving with:

[ ] the Registered Agent of Davol, Inc.
[ ] an Officer of Davol, Inc.
[X] a Managing Agent, someone within Davol, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

X VIRGINIA GARCIA (Name of the Person with whom the documents were left)    SR. REG AFFAIR ASSOC (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me
6/23/2008.

[signature]
(Signature of Notary)

S. L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires 8/16/2010

[signature]
(Signature of Server)
RI CONSTABLE
6063

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

METRO LEGAL SERVICES
Legal Support Specialists Since 1969

Metro Legal Serial # GOLJO 35781 5005

Re: 11374

**STATE OF NEW JERSEY**

**COUNTY OF OCEAN**

**AFFIDAVIT OF SERVICE**

JOHN PEREZ, being duly sworn, on oath says that on
(Name of Server)

6 / 24 /2008 at 11:10: AM
(Date of Service) (Time of Service)

s(he) served the attached: Summons & Complaint

upon: C.R. Bard, Inc.

therein named, personally at: 730 Central Avenue
Murray Hill, NJ 07974

by handling to and leaving with:

[ ] the Registered Agent of C.R. Bard, Inc.
[ ] an Officer of C.R. Bard, Inc.
[XX] a Managing Agent, someone within C.R. Bard, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

Jean F. Miller — Assistant Secretary
(Name of the Person with whom the documents were left) (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me
6 / 26 /2008.

(Signature of Notary)

DONNA MARIE CARLUCCI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES
FEBRUARY 10, 2010

(Signature of Server)
JOHN PEREZ

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.