CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−02573−JMR−AJB

Parton v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT..
Assigned to: Judge James M. Rosenbaum
Referred to: Magistrate Judge Arthur J. Boylan
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 06/19/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Thane Parton** represented by

**Lucia J W McLaren**
Goldenberg &Johnson, PLLC
33 S 6th St Ste 4530
Mpls, MN 55402
612−335−9968
Fax: 612−339−8168
Email: ljmclaren@goldenberglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael K Johnson**
Goldenberg &Johnson, PLLC
33 S 6th St Ste 4530
Mpls, MN 55402
612−333−4662
Fax: 612−339−8168
Email: mkjohnson@goldenberglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael−NA E. Schmidt**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2008 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 40024743.) assigned to Judge James M Rosenbaum per Master List and referred to Magistrate Judge Arthur J Boylan, filed by Thane Parton. (Attachments: # 1 Civil Cover Sheet) (kt) QC'd on 8/8/2008 (mkc). |

| | | |
|---|---|---|
| | | (Entered: 06/20/2008) |
| 06/19/2008 | Ï | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (kt) (Entered: 06/20/2008) |
| 07/08/2008 | Ï 2 | NOTICE of Appearance by Michael K Johnson on behalf of Thane Parton (Attachments: # 1 Certificate of Service)(Johnson, Michael) (Entered: 07/08/2008) |
| 07/28/2008 | Ï 3 | SUMMONS Returned Executed by Thane Parton. Davol, Inc. served on 6/23/2008, answer due 7/14/2008; C.R. Bard, Inc. served on 6/23/2008, answer due 7/14/2008. (Attachments: # 1 Affidavit of Service)(Johnson, Michael) (Entered: 07/28/2008) |
| 08/14/2008 | Ï 4 | Certified Copy of Transfer Order (CTO−25) from the Judicial Panel on Multidistrict Litigation; transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M Lisi. (kt) (Entered: 08/15/2008) |